EXHIBIT 1



AMERICAN ARBITRATION ASSOCIATION®  |  INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

*For Consumer or Employment cases, please visit* **www.adr.org** *for appropriate forms.*

You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement.

| Name of Respondent: Michael Seibert | Name of Representative (if known): Michael J. Brannick, Esq. |
|---|---|
| Address **1912 T Street Unit# 2 NW** | Name of Firm (if applicable): Brannick Law, LLC |
| | Representative's Address: 4520 East West Highway, Suite 700 |

| City  Washington | State  DC | Zip Code | City  Bethesda | State  MD | Zip Code  20814 |
|---|---|---|---|---|---|
| Phone No.: 202-215-4898 | Fax No.  NA | | Phone No.: 301-547-3647 | Fax No.: 301-951-8631 | |
| Email Address: mseibertde@aol.com | | | Email Address: mbrannick@brannicklegal.com | | |

The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

Brief Description of the Dispute:

Claimant provided extensive design and construction services as well as extensive extra work performed that the Claimant has not paid for per the contract.

| Dollar Amount of Claim  $ 74,500.00 | Other Relief Sought: ☑ Attorneys Fees  ☑ Interest  ☐ Arbitration Costs  ☑ Punitive/ Exemplary  ☑ Other |
|---|---|
| Amount enclosed  $ 750.00 | In accordance with Fee Schedule  ☐ Flexible Fee Schedule  ☑ Standard Fee Schedule |

Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:

Experience and familiarity with residential remodeling, home improvement contracts, and DC construction law.

| Hearing locale  Washington, DC | (check one) ☑ Requested by Claimant ☐ Locale provision included in the contract |
|---|---|
| Estimated time needed for hearings overall    hours or  1    days | Type of Business: Claimant: General Contractor    Respondent: Homeowner |

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other?  no

| Signature (may be signed by a representative) | Date  03/11/2018 |
|---|---|
| Name of Claimant  Precision Contracting Solutions, LP | Name of Representative  Edward W. Lyle |
| Address (to be used in connection with this case) **P.O. Box 55023** | Name of Firm (if applicable)  Law Offices of Edward W. Lyle |
| | Representative's Address  1305 45th Street NW |

| City  Washington | State  DC | Zip Code | City  Washington | State  DC | Zip Code  20007 |
|---|---|---|---|---|---|
| Phone No.: 202-302-1990 | Fax No.  NA | | Phone No.  202-333-4280 | Fax No.  NA | |
| Email Address: derrick.precision@gmail.com | | | Email Address: ewlyle@west1805.com | | |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043. At the same time, send the original Demand to the Respondent.

*Please visit our website at www.adr.org if you would like to file this case online. AAA Case Filing Services can be reached at: 877-495-4185.*