# EXHIBIT 2



DC Perm #7378

930 Wayne Avenue Suite# 504 Silver Spring, Maryland 20910
Office (202)-362-2420 == Mobile (202)-302-1990

## CONSTRUCTION CONTRACT

This agreement ("Agreement") is entered into this 8th day of December, 2017 by and between Precision Contracting Solutions, LP hereinafter referred to as **"PCS"** having its principal address at 930 Wayne Ave. Suite# 504 Silver Spring, MD and **Michael Seibert** having principal ownership at **1912 T Street #2** Washington, DC hereinafter referred to as the **"Client"** having Mobile Phone# 202-215-4898 and Email address:

### PCS Licensing, Bonding, & Insurance Information

Precision Contracting Solutions, LP" is the formal name by which PCS is licensed in the District of Columbia. Our Department of Consumer Affairs "DCRA" license number is #67003967. The authenticity of our license, bond, and insurance information can be verified by calling the DCRA at 202-442-4400.

### Better Business Bureau Report

PCS is rated A+ at the Better Business Bureau "BBB"

### Consumer Ratings Link

PCS provides a link to all consumer reviews by the verified source "Home Advisors"

### Cost Not to Exceed Budget Provision

The cost of the material and labor services in this Agreement shall not exceed the sum of $42,000 There shall be no other hidden costs within the defined scope of work that shall cause the Cost Not to Exceed amount to increase. It is understood that if the Client adds additional scopes of work not defined in this agreement, then the Client agrees to pay additional monies for those scopes of work performed at market value rates.

### Owner Provided Materials ("OPM") Outside the Cost not to Exceed Budget:

The owner is responsible for purchasing the following items over and above the Cost Not to Exceed Budget.

1. Refrigerator, countertops, dishwasher backsplash, sinks, faucets, light fixtures, and accessories to those products.
2. Bathroom cabinets, countertops, shower kits, bathtubs, glass enclosures, faucets, light fixtures, hardware, tile, mirrors, paper holders, towel racks, and all related accessories to those products.
3. Masonry Fireplace hearth

PCS shall arrange for wholesale contractor pricing with no profit margin added for all OPM and PCS will also assure that all products ordered are of the correct size to fit pursuant to the design and contract specifications and arrange for timely delivery. PCS shall install all OPM in conformance with the manufacturer's specifications as part of the Cost Not to Exceed Budget stated herein.

### Professional Design Services

PCS shall consult with the Client and, after a detailed review, PCS shall provide professional design ideas and resulting drawings for all aspects of the project inclusive of but not limited to space planning for all areas of construction.

# Scope of Work

The Client is getting the residence ready for sale and is doing the following upgrades to get the highest market return.

1. The owner shall prepare all belongings for storage and PCS will assist in the packaging of those materials in preparation for the construction process.
2. Furniture will be moved to a storage pod during the period of construction.
3. Some items will remain as the owner will be living at the property during the construction process.
4. New chair rail moldings shall be installed in place of the existing moldings as well as other molding that may be too damaged for proper restoration.
5. New high quality solid panel wood doors and hardware shall be installed in place of all of the existing interior doors.
6. A new rear exterior door and all associated locks and hardware shall be installed in place of the old door in matching design with a screen panel installed over the existing metal security door.
7. The rear metal landing shall be repainted in the color black.
8. The fire place hearth shall be replaced with a new granite hearth in a color consistent with the new house color scheme.
9. A new refrigerator shall be installed in place of the old refrigerator in the kitchen.
10. A new dishwasher shall be installed.
11. The existing cabinets shall receive a new lacquer paint finish.
12. A new sink and granite countertop that meets the color scheme and design for the project shall be installed.
13. A new tile backsplash shall be installed that meets the new design elements.
14. The existing bathroom shall be completely remodeled with a new bathtub configuration in place of the

existing shower.
15. All new bathroom fixtures shall be installed including commode, tub, bathtub, tile and all of the required accessories to provide a first-class bathroom renovation consistent with the new design.
16. The bedroom built-ins shall be completely re-finished and painted with new brush nickel handles installed.
17. New solid wood closet doors shall be installed with all associated hardware.
18. The entire house shall be repainted with two coats including all of the trim sections throughout to a top-quality standard in a color pallet designed by PCS and approved by the Client.
19. The existing wood floors shall be buffed and polished to a top-quality standard.
20. The house shall be made ready for sale so the owner can realize a handsome return
21. Shall clean furnace and remodel (candy room SS

**The Client agrees to pay PCS the sum of $42,000 under the following schedule**

- $14,000    paid upon the signing of the agreement.
- $ 7,000    paid upon 30% completion
- $ 7,000    paid upon 50% completion
- $ 7,000    paid upon 75% completion
- $ 7,000    paid upon total completion of project.

It is understood that the percentage of completion must be agreed upon by PCS and the Client before progress payments are released. The Client shall not unreasonably withhold agreement that a phase has been completed and the corresponding payment is due.

All checks should be made payable to Precision Contracting Solutions or other parties Derrick Sieber may so designate.

Starting Date:    December 26th, 2017.

Completion Date:    January 20th, 2017
**Other Provisions**

Debris: associated with the execution of this agreement shall be removed from the residence and hauled away by PCS in a timely manner. Furthermore, the job site shall be kept in a clean and orderly condition.

All Workmanship: shall be performed to a quality standard that would be recognized as correct by the manufacturers of the products and/or an industry recognized expert.

Material and Labor Warranties for the project are as follows: All material warranties shall be provided by the manufacturers of the products specified in this agreement. All labor warranties shall be 2 years from the completion of the contract.

Binding Arbitration: The parties to this contract agree that any and all disputes that cannot be settled in good faith by the parties shall be resolved through binding arbitration that is initiated under the Construction Industry Arbitration Rules of the American Arbitration Association ("AAA") within 30 days of such dispute. No legal action may be initiated before the AAA or in any other arbitral or judicial forum against any director, officer, partner, employee or agent of, or anyone else associated with, one of the principals to this contract in connection with any dispute related to this contract. The party's sole recourse under this contract shall be against each other before the AAA. If the parties do not file a claim with the AAA within the 30-day period stated herein, then all claims are barred from being brought by the parties in any and all legal forums. It is further agreed that the cost of binding arbitration shall be shared equally by PCS and the Client. It shall be clearly understood that any disputes that may arise are confidential with no public comment permitted in any form by either party relating to the dispute. The results of any Arbitration proceeding shall also be confidential with no public comment by either party permitted in any form relating to any award. The parties agree that any breach of this provision shall constitute a willful breach of contract.

Buyer's Right to Cancel: If this agreement was solicited at or near Client's residence and the Client does not want the goods or services specified in the Agreement, the Client may cancel this agreement by mailing a notice to the seller. The notice must say that the Client does not want the goods or services and must be postmarked before midnight of the third business day after you sign this contract. The notice must be mailed by certified mail, return receipt requested, to: 'Precision Contracting Solutions, LP' @ 930 Wayne Avenue Suite# 504 Silver Spring, Maryland 20910.' If Client cancels, the seller may not keep any part of the cash down payment.

_____
Derrick S. Sieber
Owner
Precision Contracting Solutions
Date  12/09/2017

_____
Michael Seibert
Client
Homeowner – 1912 T Street #2 NW Wash, DC
Date_____