# EXHIBIT 3

-----Original Message-----
From: Derrick Sieber <derrick.precision@gmail.com>
To: Mike <mseibertdc@aol.com>
Sent: Mon, Jan 15, 2018 5:06 pm
Subject: Re: Precision's Agreed Upon Outstanding Work List / Materials as of Today

Mike,
Thanks for your email. I have read it carefully and several times and agree with all the items that you outlined.
Looking forward to a productive week on the job site.
Thanks,

Derrick S. Sieber
Owner
Precision Contracting Solutions
Mobile 202-302-1990

On Jan 15, 2018 3:26 PM, "Mike" <mseibertdc@aol.com> wrote:
Below is my understanding of our discussion over this past weekend of the remaining work to be completed to satisfy the total agreed contract price of $68,000. Originally, contract was stated at $53,000 but an increase to $68,000 was agreed upon. Please confirm in writing that this is also your understanding.

Remaining Work to be completed by Feb 1st.
1. Granite Installations - fireplace mantle, kitchen counter, kitchen 2 level shelf, and bedroom. Light grey/white, example previously provided.
2. Kitchen - replace door for utility box.
3. Kitchen - purchase and install total new kitchen, includes stainless steel French refrigerator, and stainless steel dishwasher, microwave, and range, and new kitchen cabinets as pictured in rendition provided to me by Precision.
4. Kitchen - install backsplash - light grey as verbally agreed after Precision provided example pic from another Precision job.
5. Washer / dryer - finalize cosmetic work of the designated closet - wall painting white and repair wall.
6. Washer / dryer - purchase and install stack washer / dryer in designated closet. Original verbal agreement is stainless steel matching kitchen appliances, will agree to white to remain within $68,000 budget and contract total. Note: washer / dryer must be elevated from floor to accommodate air conditioning drip pipe - picture previously provided.
7. Washer / dryer - install new door to the designated closet and paint white.
8. Bathroom - purchase and install bathroom vanity - example of style previously provided to Precision.
9. Bathroom - install bathroom vanity mirror with 2 side lights - workers requested preferred light style - nickel finish requested.
9. Deck security door - install screen over security door.
10. Deck - repaint black
11. Furnace and furnace vents - professionally clean and install all new vent coverings.
12. Bedroom - purchase and install new window shades / blinds - 2 windows and 1 door.

Note: purchases of appliances, sink, and window blinds / shades to be reviewed with me prior to purchase.

Work within the $68,000 price either completed or near completion to date and satisfactory to me includes:
1. Repaint entire condo.
2. Install 17 recess lights throughout the condo.
3. Prepare electrical set up for kitchen installation

1

4. Prepare plumbing and move and Ir ...il new hot water heater.
5. Bathroom - prepare plumbing and install tub / shower combination, commode, and flooring, and install 1/2 wall decoration of wood and paint white.
6. Rebuild all closet shelving and paint white.
7. Repair bedroom built in closet draw.
8. Install all new woodwork around floor and doors.
9. Install new deck exterior door and paint white
10. Replace deck light.
11. Replace all electrical outlet coverings - 75% completed to date.
12. Replace all interior doors and paint white - 1 replacement outstanding as noted above.

Note: to date I agree all work completed is very high quality as promised. Total payment to date is $60,000, remaining $8,000 to be paid upon completion of all work.

Mike

Sent from my iPad