# EXHIBIT 1

## Timothy Hyland

| | |
|---|---|
| **From:** | Stevie Marco <marcostevie@gmail.com> |
| **Sent:** | Sunday, June 3, 2018 8:29 PM |
| **To:** | Timothy Hyland; Mike Seibert; Derrick Sieber; Edward Lyle |
| **Subject:** | NOTICE |

Mr. Michael Seibert, Mr. Timothy Hyland and, The Hyland law firm PLCC;

If you don't know by now, I am co-counsel for Precision Contracting Solutions "PCS" in the *PCS v. Michael Seibert* American Arbitration Association "AAA" matter. I am demanding that you copy me on all correspondence relating to the docketed AAA tribunal. Failure to do so will result in a motion for sanctions. This letter is confidential and covered by the AAA confidentially provision in the contract at issue, as well as by the settlement discussions doctrine pursuant to the recent telephone call with Derrick Sieber and his counsel Edward Lyle wherein you, Mr. Hyland, stated ***"Write a check and this will all go away"***. Pure extortion was your motive, and that statement will come back to haunt you in the bar complaint against you and your firm.

On June 1, 2018 the AAA flatly rejected your motion to stay the *PCS v. Michael Seibert* AAA matter. As a matter of law, the Federal Trial Court will dismiss your bogus lawsuit instantly as I see it. At that point you will face sanctions in the Federal Court, and justice in the AAA forum. The AAA tribunal is where you will face all of my intellect, resources and unwavering commitment to prevail against the thug like and bullying tactics you and your Client, Mr Seibert, have employed. I will also be deposing you personally along with Mr. Seibert and others, as I am well aware of the activities you have undertaken with supposed PCS Clients.

The Supreme Court issued an opinion in *EPIC SYSTEMS CORP. v. LEWIS* just days ago. That opinion puts flowers on the tombstone of any arguments you proffer in the Federal Trial Court with respect to the confidentially clause in the arbitration agreement entered into by your Client. There can be no class action, separate allegations of fraud inducement to be decided in other forums, or combining of cases outside arbitration. It is impossible, as a matter of law, pursuant to the Supreme Court decision in *EPIC SYSTEMS CORP. v. LEWIS* . If your Client wished to file a public review about PCS, that could have done prior to the demand for arbitration, he did not do so. Therefore once in arbitration, confidentially is binding, so says the Supreme Court of the United States of America. Therefore, the FTC statue you site in your brief is moot , as that only applies pre arbitration.

In the descent opinion by Judge Ginsberg in *EPIC SYSTEMS CORP. v. LEWIS*. she writes " *I note, finally, that individual arbitration of employee complaints can give rise to anomalous results. Arbitration agreements often include provisions requiring that outcomes be kept confidential or barring arbitrators from giving prior proceedings precedential effect.*

The law of the land however renders your case dead on arrival as a matter of law. Even I, a non-lawyer, comprehend the weight of *EPIC SYSTEMS CORP. v. LEWIS.* Your misguided and tortious lawsuit in the Federal Court fails as a matter of law. You know it and I know it. You lose, and now you, your firm and Mr. Seibert will pay for those tortious acts!!!!

You and your Client's unethical and illegal actions have cost PCS hundreds of thousands of dollars resulting from the bogus, meritless and sanctionable Federal lawsuit you filed, which among other things, intentionally breached the confidentially language found in the arbitration provision of the contract your Client willingly entered into that Supreme Court has affirmed as binding with respect to confidentially as noted in Judge Ginsberg's dissenting opinion. Mr. Siebert could have used another contractor if he did not like the

arbitration language, which he clearly understood, as he was a professional involved in the field of law and contracts ███████████████████████████████

PCS's statement of claims in the AAA matter calls for Mr. Siebert to pay not only for the extra work he ordered, but also **$200,000** in damages caused by the public filing of the Federal lawsuit for ignoring agreed upon AAA jurisdiction in an effort to intentionally inflict harm. As the damage increases we will amend our claim upwards accordingly. You and your Client have failed to mitigate, as you were put on notice of the harm being caused in a telephone call with my son Derrick and his counsel Edward Lyle regarding the Federal suit. Mr. Seibert is going to be hit with hundreds of thousands of dollars in damages and we intend to collect on that judgment and aggressively go after his assets.

The damages caused by Mr. Seibert and your firm do not end there. You sued me in Federal Court knowing well that I lived in Washington D.C. and you both were fully aware that no jurisdiction existed for you to sue me in Federal Court as I informed Mr. Seibert I was his neighbor living on Foxhall Road in N.W. Washington D.C. When you were finally forced to dismiss Stephen Sieber as well as "AKA" Stevie Marco under the threat of sanctions from counsel for being in clear violation of the diversity statute, you intentionally did not re-file the case with the proper Defendants. Instead you just dismissed me, and my stage name "Stevie Marco" from the case without re-filing the case, intentionally leaving me and musical stage name "Stevie Marco" in public view with the intent to harm me, my music career and musical works of art. I will be suing Mr. Seibert, you, and your firm for those tortious actions for millions of dollars outside the arbitration, so be ready to defend.

Get ready for heavy litigation against you personally, your firm and Mr. Seibert so deep pockets are required unless you are doing all of this on a contingency basis. If the below stated claims involving me cannot be heard as part of the current AAA matter, which is yet to be determined. I will be filing a personal lawsuit apart from the Arbitration in the D.C. Superior Court against you personally, your firm and Mr. Seibert for the following causes of action.

    1. **Abuse of Process and Defamation** for you and Michael Seibert abusing the legal process to harass, defame, intimidate and extort a wrongful settlement from me by virtue of your bogus and meritless lawsuit filed in Federal Court without a jurisdictional basis that has defamed me and my musical art.

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

    3. **I will also be filing a personal Bar Complaint** against you Mr. Hyland and your firm for the intentional wrongs and harm you have inflicted upon me regarding filing a Federal lawsuit in my name and my stage name in the Federal Court while knowingly having no jurisdictional basis. I will be seeking your disbarment and fight hard for that result

With respect to PCS, **Derrick Sieber will be filing a Second Bar Complaint** against you and your firm for your intentionally harmful acts violating the AAA provision in the contract.

Do not mistake the above stated claims as frivolous threats, as you are well aware of my litigation history, taking on Google, YouTube, the Washington Post and Angie's List. You should rather consider my promises factual statements that will take place. See you, your firm and Mr. Seibert in Arbitration, or in Court, as I will hang the pelts of you, your firm and Mr. Siebert on my wall as another victory over cheesy and unethical lawyers and ████████████████████ and extortionists. Let's get it on!

Respectfully stated,

_____/s/_____

Stephen C. Sieber
"AKA" Stevie Marco