# HYLAND LAW PLLC

ATTORNEYS AT LAW
1818 LIBRARY STREET, SUITE 500
RESTON, VIRGINIA 20190
(703) 956-3566
FAX (703) 935-0349
hylandpllc.com

TIMOTHY B. HYLAND*
ELIZABETH A. DWYER+
TYLER SOUTHWICK^
MICHAEL E. GELTNER, OF COUNSEL§
MICHAEL J. BRAMNICK, OF COUNSEL+

July 31, 2018

*ADMITTED IN VA, DC, MD, NY AND WV
+ADMITTED IN VA, MD AND DC
^ADMITTED IN VA AND DC
§ ADMITTED IN VA AND NY

**By ECF**

The Honorable Rosemary M. Collyer
Senior United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

   Re: *Michael Seibert v. Precision Contracting Solutions, LP et al.*
      Case No. 1:18-cv-818

Dear Judge Collyer:

  We are counsel for the plaintiff in the above-captioned civil action. On April 10, 2018, the plaintiff, Michael Seibert, filed and served a Motion to Stay Arbitration (Dkt. 2). None of the defendants has filed an opposition to this motion. Accordingly, pursuant to LCvR 7(b), we respectfully request that the Court treat the motion as conceded and enter an order granting the motion.

  Thank you.

                  Sincerely,

                  Timothy B. Hyland

cc: Edward W. Lyle, Esquire (by ECF)
   Michael J. Bramnick, Esquire (by email)
   Mr. Michael Seibert (by email)