UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL SEIBERT,<br><br>    Plaintiff<br><br>v.<br><br>PRECISION CONTRACTING<br>SOLUTIONS, LP<br><br>and<br><br>DERRICK S. SIEBER,<br>individually,<br><br>    Defendants | Civil Action No. 1:18-cv-00818-RMC<br><br>Hon. Rosemary Collyer |

**OPPOSITION OF DEFENDANTS PRECISION CONTRACTING SOLUTIONS, LP AND DERRICK SIEBER, INDIVIDUALLY, TO PLAINTIFF'S MOTION TO STAY THE ARBITRATION IN THIS MATTER**

    Defendants Precision Contracting Solutions, LP ("PCS") and Derrick Sieber, individually ("Sieber") (collectively "Defendants"), now submit this opposition ("Opposition") to the April 10, 2018 motion ("Motion") that Plaintiff Michael Seibert ("Plaintiff") has filed to stay the associated arbitration in this matter. Dkt. 2.

    Defendants oppose Plaintiff's Motion for the reasons they have stated in their motions to dismiss or stay this proceeding (Dkts. 14 and 24) and in the associated reply brief that Defendant Sieber has filed (Dkt. 18). Defendants also oppose Plaintiff's Motion as being procedurally

defective for reasons stated in the motion that Defendants are filing today for leave to file this Opposition. Defendants now adopt and incorporate by reference here the arguments set forth in these documents as the bases for their opposition to Defendant's Motion.

                                              Respectfully submitted,

                                              */s/ Edward W. Lyle*
                                              Edward W. Lyle, D.C. Bar 25700
                                              1250 Connecticut Avenue N.W., Suite 700
                                              Washington D.C. 20036
                                              Tel: (202) 333-4280
                                              Fax: (202) 333-4282
                                              Email: *ewlyle@west1805.com*
                                              *Attorney for Claimant  Precision Contracting*
                                                 *Solutions, LP and Derrick Sieber, individually*

August 1, 2018