IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL SEIBERT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PRECISION CONTRACTING ) <br> SOLUTIONS, LP, *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> PRECISION CONTRACTING ) <br> SOLUTIONS, LP, et al., ) <br> ) <br> Counterclaim Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL SEIBERT, *et al.*, ) <br> ) <br> Counterclaim Defendants. ) | Civil Action No. 1:18-cv-818-RMC |

**COUNTERCLAIM DEFENDANT MICHAEL SEIBERT'S
RESPONSE TO MOTION TO MODIFY RESPONSE**

The counterclaim plaintiffs, Precision Contracting Solutions, LP ("PCS") and Derrick Sieber ("Mr. Sieber"), have filed a motion to modify their response to the motion to dismiss filed by counterclaim defendant Michael Seibert ("Mr. Seibert") (ECF No. 47).

In the course of the meet-and-confer preceding the filing of this motion, counsel for PCS and Mr. Sieber indicated that this motion is intended to be a "consent to your March 26th motion [ECF No. 41] and the dismissal with prejudice that it seeks regarding that [defamation] count [Counterclaim Count III]." *See* Exhibit A, attached

hereto. If this is so, then Mr. Seibert consents to this motion. PCS and Mr. Seibert declined to clearly and directly so state in the motion.

Mr. Seibert therefore respectfully requests that his partial motion to dismiss the counterclaim be granted, and that the defamation claim designated as Count III therein de dismissed with prejudice. The remainder of the partial motion to dismiss the counterclaim is unaffected by this motion.

Dated: April 18, 2019

                    Respectfully submitted,

                    By: /s/ Timothy B. Hyland
                    Timothy B. Hyland
                    DC Bar No. 988498
                    HYLAND LAW PLLC
                    1818 Library Street, Suite 500
                    Reston, VA 20190
                    (703) 956-3566 (Tel.)
                    (703) 935-0349 (Fax)
                    thyland@hylandpllc.com

*Counsel for Michael Seibert*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on April 18, 2019, I caused to be filed electronically the forgoing with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system, which will in turn provide service and an NEF to:

>Edward Lyle, Esquire
>1250 Connecticut Avenue, N.W., Suite 700
>Washington, DC 20036


                                    /s/ Timothy B. Hyland
                                    Timothy B. Hyland