# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL SEIBERT,                             )<br>                                                              )<br>            Plaintiff,                              )<br>                                                              )<br>v.                                                           )      Civil Action No. 1:18-cv-818-RMC<br>                                                              )<br>PRECISION CONTRACTING              )<br>SOLUTIONS, LP, *et al.*,                     )<br>                                                              )<br>            Defendants.                          )<br>                                                              )<br>PRECISION CONTRACTING              )<br>SOLUTIONS, LP, et al.,                        )<br>                                                              )<br>            Counterclaim Plaintiffs,         )<br>                                                              )<br>v.                                                           )<br>                                                              )<br>MICHAEL SEIBERT, *et al.*,                )<br>                                                              )<br>            Counterclaim Defendants.    )  | |

## COUNTERCLAIM DEFENDANT ATTORNEY TIMOTHY HYLAND'S
## REPLY IN SUPPORT OF MOTION TO DISMISS THE COUNTERCLAIM

In their opposition (ECF No. 48) to Counterclaim Defendant Timothy Hyland's motion to dismiss the counterclaim against him (ECF No. 43), the counterclaim plaintiffs state that they "choose not to contest the Motion." (ECF No. 48, at 2).

Mr. Hyland therefore respectfully requests that his motion to dismiss be granted, that the counterclaim against him be dismissed with prejudice, and that the Court enter final judgment on the counterclaim as to Mr. Hyland pursuant to Fed. R. Civ. P. 54(b).

Dated: April 18, 2019

Respectfully submitted,


By: /s/ Timothy B. Hyland
Timothy B. Hyland
DC Bar No. 988498
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA 20190
(703) 956-3566 (Tel.)
(703) 935-0349 (Fax)
thyland@hylandpllc.com
*Pro se Counterclaim Defendant*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 18, 2019, I caused to be filed electronically the forgoing with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system, which will in turn provide service and an NEF to:

Edward Lyle, Esquire
1250 Connecticut Avenue, N.W., Suite 700
Washington, DC 20036


/s/ Timothy B. Hyland
Timothy B. Hyland