**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MICHAEL SEIBERT,

      Plaintiff and Counterclaim
      Defendant

v.

PRECISION CONTRACTING
SOLUTIONS, LP, et al.

      Defendants and Counterclaim
      Plaintiffs

Civ. Action No. 1:18-cv-00818-RMC

**DEFENDANTS' OPPOSITION
TO PLAINTIFF'S MOTION TO STAY**

Defendants and Counterclaim Plaintiffs Precision Contracting Solutions, LP ("PCS") and

Derrick Sieber, individually (collectively, "Defendants"), acting through their undersigned counsel,

now oppose the Motion to Stay ("Motion") filed by the Plaintiff Michael Seibert on August 2,

2019.  In support of their opposition, Defendants state as follows:

### I.    Background

In his Motion to Stay, the Plaintiff seeks to have this proceeding suspended because the

Office of the Attorney General ("OAG") of the District of Columbia ("District" or "D.C.") has now

filed a complaint against the Defendants in the D.C. Superior Court.  According to the Plaintiff,

"[t]he OAG's complaint raises exactly the same issues which are the subject of Mr. Seibert's claims here," and "the relief sought by the OAG is a request that PCS and Mr. [Derrick] Sieber be required to pay restitution and 'to pay damages to consumers,' including Mr. Seibert." Motion, at 2-3. Thus, according to the Plaintiff, the OAG's action "is duplicative of most of what Mr. Seibert seeks to accomplish by this action." *Id.* In support of this argument, the Plaintiff attaches a copy of the OAG's complaint and accompanying press release.

After detailing in his Motion the benefits that such a stay would bring to himself, the Plaintiff adds that "PCS and Mr. Sieber would not suffer any injury from a stay of this action." *Id.*, at 5. "To be sure," the Plaintiff continues, "a stay would impede their ability to pursue what is left of their counterclaim." *Id.* However, according to the Plaintiff, that is of no concern. "[T]his counterclaim is *de minimis,*" and "the harm a stay would cause PCS and Mr. Sieber is immeasurably small." *Id.* Any such harm is outweighed by the benefits that the Defendants will gain in not having to fight "the battle on two fronts." *Id.*

## II.     Argument

These arguments presented by the Plaintiff are both factually flimsy and in disregard of a procedural due process right held by the Defendants.

Regarding the facts, the OAG's complaint and press release do not "raise exactly the same issues" and seek the same relief that the Plaintiff is seeking here. This can be seen, most simply, by the fact that the OAG never mentions the Plaintiff in either its complaint or its press release.

2

While some of the issues may, in general terms, be similar to those raised in this case by the Plaintiff, they are presented in far less detail than Plaintiff has presented them here, and they are not necessarily fact-specific to this case. Indeed, the OAG's complaint and press release never identify the consumers that are discussed in those documents.

Furthermore, even if the OAG had indicated in its complaint or press release that the Plaintiff's alleged damages were one of the causes that OAG intends to take up in prosecuting its lawsuit, the OAG would be under no obligation to follow through thereafter. The OAG could always drop the Plaintiff's cause in its discretion. Beyond that, any OAG attempt to prosecute the causes of individual consumers, including the Plaintiff's, could run into procedural roadblocks that are not present in this action. [1]

Having brought this action against the Defendants, however, the Plaintiff now seeks in his Motion to have an opportunity to sit back and see what, if anything, the OAG will do on his behalf. That would be an ideal situation for the Plaintiff because there is no chance in the OAG's lawsuit that the OAG would take up the Defendants' counterclaim against the Plaintiff. Moreover, the Defendants would not be able to contest their counterclaim against the Plaintiff in the OAG's suit since the counterclaim would still be at issue in this Court. So, if the Court grants this Motion and the OAG eventually does nothing for his cause, the Plaintiff will be no worse off and will be able to come back to this Court and resume where he left off. Granting the Plaintiff's present Motion, therefore, would bring about the perfect scenario for the Plaintiff.

---

[1] The Defendants intend to fully contest the OAG's complaint since many statements in it are factually and legally incorrect. The Defendants have received numerous superb 5-star ratings on the website of HomeAdvisor, Inc. (*www.homeadvisor.com*) and the highest (A+) rating at the Better Business Bureau, which is indicative of no complaints since PCS was established approximately a decade ago. *See,* Exhibits 1 and 2 hereafter.

3

There is, however, the matter of the counterclaim that the Defendants have filed in this action. This is no problem, according to the Plaintiff, because his claim is much bigger than the Defendants.' This assertion ignores, among other things, the fact that neither the Plaintiff's claim nor the Defendants' counterclaim has been proven. Both are just unsupported claims at this stage. Indeed, the Defendants could have plausibly made their counterclaim much larger if that were the criterion by which these matters are decided. The Plaintiff, furthermore, has set forth no caselaw or other authority in support of his novel assertion that the size of a party's claim should dictate what this Court should do on a procedural question.

To the contrary, the Defendants - like all other civil litigants - have a Federal due process right to have their claim addressed and decided without undue delay. Henderson v. United States, 517 U.S. 654, 662 (1996); Fed. R. Civ. P. Rule 41(b); *see also,* 9 C. Wright & A. Miller, Federal Practice and Procedure § 2370, pp. 374-376 (2d ed. 1995); 2 J. Moore, Moore's Federal Practice ¶ 4.18, p. 436 (2d ed. 1995). Ignoring this right, the Plaintiff is now asking this Court to bring about precisely such a delay and to do so exclusively for the Plaintiff's convenience.

Given that the Plaintiff now wants to roll the dice and see if the OAG will take up his cause, so be it. This Court should now allow him to do so by dismissing both his complaint and the Defendants' counterclaim and allowing both parties to contest this matter within the OAG's suit. In this way, the Plaintiff and the Defendants will be on equal footing in presenting their claims in that suit.

That is the fair and equitable response to the Motion now before the Court, and the Defendants will make a motion to that effect if the Court so agrees.

### III.   Conclusion

For the reasons set forth above, the Court should now deny the Plaintiff's Motion.

Respectfully submitted,

*/s/ Edward W. Lyle*
Edward W. Lyle, D.C. Bar 25700
1250 Connecticut Avenue N.W., Suite 700
Washington D.C. 20036
Tel: (202) 333-4280
Fax: (202) 333-4282
Email: *ewlyle@west1805.com*
*Attorney for Defendant Precision Contracting*
*Solutions, LP and Derrick Sieber, Individually*

Dated:  August 16, 2019

EXHIBIT 1

>                    >           >           > Precision Contracting Solutions, LP

# Precision Contracting Solutions, LP

| 45 Verified Ratings

## 202-302-1990
930 Wayne Avenue, Suite 504
Silver Spring, MD 20910

 BBB Accredited

Share / Save          ➡
Your use of our services is governed by our

# Profile

## Precision Contracting Solutions, LP

**Proudly serving the four corners of our nation's capital; we are DC.**

We at Precision Contracting Solutions, are the premier professional contracting company in the District of Columbia and offer a wide variety of residential and commercial services to our clients. We are particularly known for our experience in sophisticated structural underpinnings and alterations, as well as vast experience with historic homes and architecture. Precision can service all of your construction needs for all types of projects including architectural designs, building plans and all of the required Engineering certifications required to obtain building permits. We also perform small projects too. Please call us today to schedule your appointment and thank you for doing so.



- Washington

## Additions & Remodeling

- Major Renovation - Multiple Rooms
- Build an Addition
- Major Home Repairs
- Basement Remodel

## Architects & Engineers

- Construction Manager

## Carpenters

- Steel Beams Install

## Demolition Service

- Demolition

## Designers & Decorators

- Building Designer

## Disaster Recovery Services

- Storm or Wind Damage Recovery
- Fire or Smoke Damage Recovery

## Foundations

- Concrete Foundation Repair

## Garage & Garage Doors

- Build Garage

- Addition to Existing Structure - Build
- Kitchen - Remodel
- Bathroom - Remodel
- Major Home Renovation or Repair
- Major Home Repairs (General Contractor)


- American Standard
- Barclay Products
- Delta - Cosella-Dörken Products, Inc.
- Jacuzzi
- Kohler
- Moen
- Price Pfister
- Zephyr


**Business Hours**
Monday:

9:00 AM to 6:00 PM
Tuesday:

9:00 AM to 6:00 PM
Wednesday:

9:00 AM to 6:00 PM
Thursday:

9:00 AM to 6:00 PM
Friday:

9:00 AM to 6:00 PM
Saturday:

9:00 AM to 3:00 PM
Sunday:

9:00 AM to 3:00 PM
(Please call to confirm)

- Small Jobs Welcome
- Warranty Offered
- Free Estimates
- Materials
- Retaining Walls
- Bilingual



## In Business Since: 2007
## Memberships & Affiliations

- National Association of the Remodeling Industry (NARI)
- Better Buisness Bureau

### State Licensing
Trade: General Contractor
License #: 410514000084
Expiration: 10-31-2019
Trade: Home Improvement Salesperson
License #: 67003968
Expiration: 06-26-2019
### Green Certifications

- LEED Certification for Individuals: LEED Accredited Professional (LEEDAP)
- NARI - National Association of The Remodeling Industry

### Awards

- Remodeler of the Year 2010 - Seven Springs Reunionist Journal
- Contractor of the Year 2011 - Regional Brotherhood of Young Entrepreneurs
- Remodeling Project of the Year 2012 - Crescent Condominium Owners Alliance

### Screening
HomeAdvisor Screened.

*HomeAdvisor allows Service Professionals to post information about themselves and their business on their profile. HomeAdvisor does not review or verify the information or representations set forth in those profiles, as they are self-reported by the Service Professional.*

*HomeAdvisor verifies state-level licensing where applicable - note: some states require local or county level licensing and you should verify whether or not your pro is properly licensed.*

**Community Involvement**

Precision provides annual donations to local food banks and non-profit groups.
Annual Donations to the Oyster-Adams Bilingual School

**How We Got Started**

I chose to work in this industry because I see the fruits of my work when I finish a project.
We started in this industry in 1996.
We describe our business as Well established

**What do you like most about working in Washington, DC?**

Working on historic homes and turn-of-the-century architecture

# Photos

## Precision Contracting Solutions, LP

My Work

13 Projects



- 

4 photos

- 

2 photos

- 

10 photos

- 

8 photos



4 photos



3 photos



4 photos



6 photos



3 photos



7 photos



3 photos



4 photos



7 photos



**Save 5% on Any project**



**HomeAdvisor**
**Screened & Approved**

This service provider has passed the HomeAdvisor screening process.

# Ratings & Reviews

Precision Contracting Solutions, LP

**Real feedback from real homeowners.**
Learn more about this pro by reading the ratings and reviews below.

**Showing 1-10 of 45**

Page 1 of 5
**Sort by newest**
  | 06-12-2018

**Review by John A.**

**Project: Renovate or Repair a Home**

Precision Contracting Solutions (PCS) repaired extensive damage to the exterior wall of my Washington, DC row house in April 2018. The entire team was professional, talented, and committed to first-rate work, which ranged from resealing a roof to reinforcing a 100-year-old decaying brick wall to restore the structural integrity of the house. However, it was their customer service that truly set PCS apart from other contracting firms we interviewed. Throughout the entire three-week project, the team - from the foreman to the owner - was available to discuss the work and preview next steps in the process. I would certainly recommend PCS to others who are looking for top-notch craftsmanship from a customer-focused team.

| 06-05-2018

**Review by Natasha B. in**

**Project:**

Very responsive and reliable - a rare quality among contractors in DC. Precision literally saved us after a terrible experience with another group of DC contractors who took our money and vanished. We highly recommend Precision for both the quality of their work and their exceptional customer service.

Was this review helpful?   Yes No

| 12-11-2017

**Review by Leo D. in**

**Project:**

Stevie and his crew at Precision Contracting Solutions really went beyond our expectations. We started with a simple and basic renovation of our second floor home and ending with a gem. The project was to turn our two smaller rooms into a master suite, add a laundry room in the hallway and install new wood floors, while still maintaining the charm of our 105 year old home. What Precision did was nothing but amazing, they brought back life into an area that was dull and cramped and showed the true charm of what our home was made of. One area of the renovation, was that they removed part of our ceiling to access the attic and expose windows that were otherwise just cosmetic to the exterior of the house and made them practical by bringing in more light to the bedroom and creating truly amazing aesthetics. This was done with impeccable craftsmanship and design. We were so impressed by their work we hired them to renovate our basement.

Was this review helpful?   Yes No

| 12-10-2017

**Review by Maurice W. in**

**Project:**

PCS Transformed my blah basement common area into a beautiful storage area. They also repaired plumbing issues and installed several electrical outlets and new led lights under my kitchen cabinets. Also painting. Great value, fantastic customer service. Highly recommended.

Was this review helpful?   Yes No

| 11-02-2017

**Review by Helen S. in**

**Project:**

I hired Precision to do a major renovation on my 100 year old house including adding on to the back of the house on the first and second floor, remodeling the kitchen, adding a second bath, refurbishing the front porch and reconfiguring the floorspace of the house. Working with Precision has been a phenomenal experience. They took the time to understand what mattered to me and were able to come up with a design for the house that maximizes the use of the space and will make the house infinitely more livable than it was before. Precision went the extra mile and worked to find out just how far they could expand the back of the house and figured out innovative solutions to expand the house further and yet meet DC building codes. Even better, their creativity in design has added elements to the house that add to the elegance of the house and will make it truly a showpiece home. Working with Precision has been a great experience, they are responsive and collaborative and a very professional company. I would recommend highly recommend Precision and recommend them to anyone looking to remodel/renovate their home.

Was this review helpful?   Yes No

| 10-23-2017

**Review by Dr gwendolyn T. in**

**Project:**

Another contractor said , our house had a foundation issue. We put the issue off. Finally called Precision Contracting Solutions. We received prompt same day service. I must say, Steve assured me we didnt have a problem with the foundation of our house. Saved us thousands of dollars...Good to know they're still honest people . Oh, BTW. Yes I hired them &#128525;

Was this review helpful?   Yes No

| 10-04-2017

**Review by Tonya H. in**

**Project:**

Precision tore down and then built a beautiful new garage for me. The quality was exceptional and the service was professional and collaborative. I felt secure in my decision to hire Precision every step of the way. They will be my go to builders from here on out.

Was this review helpful?   Yes No

| 09-30-2017

**Review by Charles X. in**

**Project:**

I hired Precision Contracting Solutions to repair the water damage of the upper back portion of my elder sister's home. Their estimator was thorough, straightforward, cordial and considerate to our family needs. They were very considerate on the pricing of the project. After the demo it there was considerable water damage to the masonry, framing, joists and flooring in the back of the house. Working to develop a scope of work that both met our construction goals and budget restrictions without cutting corners was a win-win situation. I want tell you that after the punch-out was completed we were very satisfied with the work completed. I would definitely hire Precision for my next project.

Was this review helpful?   Yes No

| 05-26-2017

**Review by Yvonne W.**

**Project: Remodel a Kitchen**

He's already done 3 projects for me and it's great!

| 02-09-2017

**Review by Lincoln A. in**

**Project:**

0 of 1 users found this review helpful.

Was this review helpful?   Yes No

**Showing 1-10 of 45**

Page 1 of 5

# Precision Contracting Solutions, LP

45 Verified Ratings

## Ratings by Criteria

## Quality

**Customer Service**

**Value For Money**

## Ratings Distribution

**5 Stars**

45

**4 Stars**

0

**3 Stars**

0

**2 Stars**

0

**1 Stars**

0

**HomeAdvisor International:**

Canada: HomeStars France: 123Devis & Travaux Germany: MyHammer Italy: Instapro Netherla nds: Werkspot UK: MyBuilder

© Copyright 1999-2018 HomeAdvisor, Inc. All Rights Reserved

| 11-17-2016

**Review by St. elmo C. in**

**Project:**

Great to work with, very skilled, very flexable. Would definitely use them again for future projects.

Was this review helpful?  Yes No

| 11-13-2016

**Review by Melissa C. in**

**Project:**

We hired Derrick, Stevie, and Precision to renovate the majority of our house. They did outstanding work from beginning to end. Precision installed a brand-new kitchen and master bathroom, reconfigured other rooms to get the most out of our space, installed new hardwood floors

throughout, and added two new staircases. The Precision team was responsive, creative, and dependable. Our house feels like an entirely new (and better) place! We were thrilled with the quality and value we received, and highly recommend Precision.

Was this review helpful?   Yes No

| 10-20-2016

**Review by Brenda J. in**

**Project:**

Project still in progress, but very satisfied with how it is coming together.

Was this review helpful?   Yes No

| 09-23-2016

**Review by Tao N. in**

**Project:**

1.Good customer care, responsiveness, with a network of designers and contractors guiding you through the project. Their network of contractors allowed me to get a number of things at cost. 2. Scope of work: Transform old basement into a modern one-bedroom basement apartment 3. Design. Precision's team of engineers and architects provided a number of different deigns based on my input. 4. Permits and inspections. They took care of all the inspections. 5. Demolition. The demolition took less than a couple of days. 6. Basement dig out. They were able to lower the basement floor to get past the 7-foot ceiling regulation in a week. 7. Kitchen and Bathroom. Precision has a network that allowed me to work with kitchen and bathroom designers, who provided a number of 3-D rendering. As a part of the deal with Precision, I got the supplier price for the bathroom and kitchen cabinets and other deals.

**Response by :** This was a great job and well done

2 of 2 users found this review helpful.

Was this review helpful?   Yes No

| 09-03-2016

**Review by Gretchen B. in**

**Project:**

We hired Precision to convert our garage into a mudroom and to renovate our laundry room. They did excellent floor tile work as well as beautiful carpentry. In addition to custom shelving, several custom benches were constructed. The end result is a stunning entry way with a crystal flushmount in what was before a cement garage. The laundry room is also more of a pleasant place to be with

the new black and white tiling, yellow walls, new lighting, shelving and fresh sink. Precision definitely has skilled craftsman on their team.

Was this review helpful?   Yes No

| 08-25-2016

**Review by Marci G. in**

**Project:**

As a busy Washingtonian, Precision was extremely compatible with my schedule. They were spot on in terms of the schedule they promised and lived up to their name in terms of the quality of their work. I'll hire them again in a heartbeat!

Was this review helpful?   Yes No

| 05-08-2016

**Review by Yvonne W. in**

**Project:**

I give Precision Contracting Solution an A+ on my project. I have a three story row house in the historic Adams Morgan district in NW Washington DC and Precision performed a major restoration to the front of my home. I have received numerous compliments on the finished product, which is beautifully crafted with extreme attention to detail. Derrick and his team also did structural concrete repairs on the front entry of my home and fixed a nagging electrical problem that had been ongoing for years. I would highly recommend Precision to others potential clients without hesitation. Precision is a company that honors its word. I look forward to the possibility of working with Precision on another major project in my home.

Was this review helpful?   Yes No

| 04-07-2016

**Review by Brooke M. in**

**Project:**

Hired to replace a severely damaged retaining wall in front of our house. They were extremely professional and despite city delays in permits performed the work in record time. Derrick was incredibly responsive to any concerns and even helped with last minute modifications. I would not hesitate to hire this company again.

Was this review helpful?   Yes No

| 04-01-2016

**Review by a homeowner in**

**Project:**

Job completed

**Response by :** Precision is very proud of this completed project.

1 of 2 users found this review helpful.

Was this review helpful?  Yes No
| 01-02-2016
**Review by Lisa B. in**
**Project:**
We are extremely pleased and grateful to Precision Contracting for the outstanding job that was performed on our home.  The rear addition to our house had water and structural problems in several areas. Precision diagnosed the problems and came up with cost effective solutions and delivered a great finished product.  We interviewed several contractors and ultimately went with Precision.  They worked every day until completion, communicated professionally about the progress of the job, and we are thrilled with the finished product. We would recommend them without hesitation to anyone.
Was this review helpful?  Yes No

**Showing 11-20 of 45**

Page 2 of 5
| 10-05-2015
**Review by Brett S. in**
**Project:**
Precision Contracting Solutions was responsive in every aspect and the quality of their work was top shelf. They did all of the design drawings, obtained all of the permits in conformance with DC code, and completed the project in a timely manner. Great job!

1 of 1 users found this review helpful.

Was this review helpful?  Yes No
| 09-17-2015
**Review by Olusoji A. in**
**Project:**
The project consisted of a driveway and apron for my home. I got several estimates and was careful to check references in the search for quality and a professional work ethic. PCS delivered and earned this rating. I would use them again for other projects in the future. I highly recommend Derrick and his company.

2 of 2 users found this review helpful.

Was this review helpful?   Yes No
|  08-05-2015

**Review by Jonathan B. in**

**Project:**

I had a very pleasant experience with Derrick at Precision. He was very knowledgable and helpful in helping me decide the best way to approach the repair that I needed. Derrick was on-time, and I would definitely recommended his services to someone else.

2 of 2 users found this review helpful.

Was this review helpful?   Yes No
|  07-16-2015

**Review by Art C. in**

**Project:**

I am a retired Marine Colonel who demands reliability, focus, and honor when doing business. Precision Contracting Solutions met those standards in the execution of my project, which consisted of a side porch conversion into a room addition for my recently purchased home in N.W. Washington D.C. The attention to detail reflected the highest level of quality and care by making the addition look as if it was built when the house was built, thus maintaining the historic architectural value of my property. From the development of the preliminary design to tweaking that design, to the actual execution of the project, Precision met - and in some cases - exceeded my expectation. The owner and his design team were always accessible at all times for questions and were highly respectful throughout. My wife and I would highly recommend them.

4 of 4 users found this review helpful.

Was this review helpful?   Yes No
|  06-23-2015

**Review by Amar M. in**

**Project:**

Derrick and Precision were great to work with. They listened to your ideas and thoughts and offered solutions to make things work. If some idea of yours was not possible, they offered alternatives and did not force anything upon me, the consumer. I will definitely be hiring them again for my rooftop addition! Would highly recommend this company to friends and others.

2 of 2 users found this review helpful.

Was this review helpful?   Yes No
| 06-20-2015

**Review by Zofia B. in**

**Project:**

It was a big job, and PCS got it done quickly, all the while making sure that everything got done right. Bosses and crew alike take pride in the high quality of their work. They go out of their way to make sure the client is always happy.

2 of 2 users found this review helpful.

Was this review helpful?   Yes No
| 06-13-2015

**Review by Lesego L. in**

**Project:**

I am a senior citizen and a woman and handle all of my own affairs. I must say that Precision Contracting did an amazing job for me. I had a lot of work done in my basement and rear yard They were honest reliable and respectful at all times. They did everything in the contract and more. They even gave me a senior citizens discount at the completion of the job and purchased and installed an air conditioner and put furniture together for me that was not in the contract at no charge. I highly recommend Precision.

1 of 1 users found this review helpful.

Was this review helpful?   Yes No
| 06-08-2015

**Review by Angela A. in**

**Project:**

PCS did an excellent job, specially for stone work, iron railing and Coppola.

1 of 1 users found this review helpful.

Was this review helpful?   Yes No
| 05-13-2015

**Review by Deborah V. in**

**Project:**

I am very happy with the design and construction services provided by Precision Contracting Solutions. My project included a floating architectural staircase, the removal of walls, new

hardwood flooring, custom wrought iron railings, and designer paint finishes. Everyone in Derrick???s company was always respectful, professional, and trustworthy and I would highly recommend Precision to anyone for design/build services.

1 of 1 users found this review helpful.

Was this review helpful?   Yes No

| 01-13-2015

**Review by a homeowner in**

**Project:**

Everything has been great and will definitely recommend him to friends and family.

1 of 1 users found this review helpful.

Was this review helpful?   Yes No

**Showing 21-30 of 45**

Page 3 of 5

| 01-03-2015

**Review by David C. in**

**Project:**

Derrick and his staff are all incredibly professional and have great attention to detail. Negotiating the scope of work through total execution was a very simple and transparent process. I am currently having Derrick conduct a bathroom revision and have recommended him to many friends in need of superior general contracting services.

1 of 1 users found this review helpful.

Was this review helpful?   Yes No

| 12-21-2014

**Review by Lara I. in**

**Project:**

We had a major project that included converting our basement into a rentable apartment. Precision???s design build team has been a blessing to our family. We contracted the first phase of the heavy construction with them that also included the design and building permits. They did a wonderful job and did so in a timely manner and within budget. The owner Derrick, as well as his

workers and supervisors, were always polite and respectful to us and our neighbors and the
workmanship was top shelf. We have now entered into a second contract with them to complete
the project, including a front entrance to the basement and completely finishing the apartment.
Based upon the work they have done so far and how easy they have been to work with, we highly
recommend Precision

1 of 1 users found this review helpful.

Was this review helpful?   Yes No
        | 12-08-2014

**Review by a homeowner in**

**Project:**

I would like to thank Home Advisors for linking me to Precision Contracting Solutions. The design
build services were on the highest quality, They worked weekends and even on Sunday to finish the
project on time. The are honest and you can trust what they say. I am letting them photograph my
project to post the pictures for my neighbors to see. I would recommend this company to any and
all of my fellow D.C. residents.

Was this review helpful?   Yes No
        | 08-02-2014

**Review by Roberta C. in**

**Project:**

They did a great job and were very careful. This was a vinyl repair and plumbing repair and they did
a great job.

1 of 1 users found this review helpful.

Was this review helpful?   Yes No
        | 05-27-2014

**Review by Deleon W. in**

**Project:**

It was a consultation on waterproofing for my home. Honest, concise, will solve the problem for me,
everything he told me in comparison to other companies included solutions that will work just as
well or better than those that would cost more money.

1 of 1 users found this review helpful.

Was this review helpful?   Yes No

| 05-21-2014

**Review by Marco B. in**

**Project:**

Derrick went above and beyond to create what is easily the best looking garage on the block. In addition, he took care of the surrounding neighbors issues, and concerns so that the whole neighborhood was happy. I plan on using his company again immediately to remodel the basement.

1 of 1 users found this review helpful.

Was this review helpful?  Yes No

| 05-18-2014

**Review by Aryana K. in**

**Project:**

Derrick and his staff were extremely professional, easy to work with, and their work was of high quality. I would definitely recommend them. There were no hidden costs or fees.

1 of 1 users found this review helpful.

Was this review helpful?  Yes No

| 03-14-2014

**Review by Odessa W. in**

**Project:**

Derrick and his staff was truly professional and their work ethic is untouchable. He completely followup and answers any and all questions his team is very competent and maintain a very professonal manner when addressing concerns. I was very indecisive about what type of room I wanted; but Derrick and his team designed the perfect SUNROOM/DECK the design was exact;ly as I requested. A magnificant job upon completion. As a homeowner I will surely use their services for other projects.

3 of 3 users found this review helpful.

Was this review helpful?  Yes No

| 11-22-2013

**Review by Dorothy J. in**

**Project:**

I would highly recommend Precision Contracting Solutions. My mother is 92 years old and needed a variety of repairs done to her house. I contacted HomeAdvisors, and through them, I found

Precision Contracting Solutions. It was wonderful to learn that Precision had such great respect for the elderly. Not only did they do a fantastic job in a timely manner, they made the whole process hassle-free and gave my mom a meaningful senior citizen discount. The work was top-quality and the positive experience.

3 of 3 users found this review helpful.

Was this review helpful?   Yes No

  |  10-28-2013

**Review by Jacqueline A. in**

**Project: Brick or Stone Tuck-Pointing**

Derrick and his team were very competent and professional. They were willing to answer all of our questions. The brick work and tuck-pointing was a fine job at completion. I am considering this company for other projects.

1 of 1 users found this review helpful.

Was this review helpful?   Yes No

**Showing 31-40 of 45**

Page 4 of 5

  |  09-14-2013

**Review by Vallaria M. in**

**Project:**

Derrick and his team did a great job on the siding of my house, and I would hire them againg.

Was this review helpful?   Yes No

  |  08-23-2013

**Review by Sam S. in**

**Project:**

Derrick and his team did an outstanding job and completed the project on time and on budget. They are competent, creative and very professional. I am extremely happy with the results and have recommended Precision Contracting Solutions to friends and family. I will hire them again for my next project.

Was this review helpful?   Yes No

  |  07-16-2013

**Review by Julian T. in**

**Project:**

Derrick and Julio were always very responsive and accommodating to my requests, they showed genuine care and strived to provide excellent customer service. I made additional requests to the original contract and they were always ready to change the schedule to accommodate my requests accordingly, I would definitely recommend them!

Was this review helpful?   Yes No

   | 05-20-2013

**Review by Victoria T. in**

**Project:**

Derrick is very fast to respond and will work with you on the project. If he sees a different way to do something he will suggest it. In this instance I went along with his suggestion but after looking at what needed to be done, I decided that the project needed to go back to the way that I had first suggested. This was told to him on the first day of work and he did not gripe or anything but just said if that is what you want then that is what you get. I needed a landing with stairs and I do have to say I was not expecting what I got but it was a very good job and would suggest him to anyone who needs the same type of work done.

2 of 2 users found this review helpful.

Was this review helpful?   Yes No

   | 03-02-2013

**Review by Nancy W. in**

**Project:**

We are 100% satisfied with the bathroon remodel. They very honest, friendly and trustworthy. Their attention to detail, quality and workmanship is first class. The results exceeded our exspectations.

1 of 1 users found this review helpful.

Was this review helpful?   Yes No

**Showing 41-45 of 45**

EXHIBIT 2

Find
Near
| Washington

1. Home
2. Maryland
3. Silver Spring
4. Capitol Heights
5. **Precision Contracting Solutions LP**

**Precision Contracting Solutions LP**

General Contractor

The company provides contracting services only in the District of Columbia.

This is a multi-location business. Find a location

930 Wayne Ave Apt 504

Silver Spring, MD 20910-4463

http://www.precisioncontractingsolutions.com

(202) 966-4210

**Government Action: District of Columbia vs. Precision Contracting Solutions, LP**

Read More

Accreditation

**Accredited Since:** 10/13/2009

**Years in Business:** 12

**BBB Rating**

A+

Customer Reviews are not used in the calculation of BBB Rating

**Customer Reviews**

**This business has 0 reviews**