# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MICHAEL SEIBERT,

    Plaintiff and Counterclaim-Defendant

v.

PRECISION CONTRACTING SOLUTIONS, LP, *et al.,*

    Defendants and Counterclaim-Plaintiffs

Civ. Action No. 1:18-cv-00818-RMC

## JOINT REPORT ON STATUS OF RELATED LITIGATION

On November 18, 2019, the Court granted the motion of Plaintiff Michael Seibert to stay this proceeding pending the outcome of an action that the Office of the Attorney General ("OAG") for the District of Columbia ("D.C." or "District") had instituted in the D.C. Superior Court against Precision Contracting Solutions, LP ("PCS") and its owner Derrick Sieber, who are two of the defendants - counterclaim-plaintiffs in this proceeding.[1] *District of Columbia v. Precision Contracting Solutions, LP, et al.,* Case No. 2019-CA-005047 B.  In its Order granting the stay, the Court required the parties to report no later than February 17, 2020 and thereafter quarterly on the status of this Superior Court litigation.  Dkt. 70.  The parties now submit this first of their joint reports.

---

[1] The OAG suit also named Stephen Sieber, father of Derrick Sieber, as a defendant.

## STATUS

OAG's suit, brought under the D.C. Consumer Protection Procedures Act ("CPPA"), D.C. Code §§ 28-3901, *et seq.,* and D.C. Construction Codes §§ 6-1401, *et seq.,* alleges various unfair trade practices and construction violations against PCS and the Siebers ("Defendants"). OAG's action seeks, *inter alia*, injunctions against future violations, civil fines and "such relief as the Court finds necessary" to provide funds for former PCS consumers alleged to have been harmed by the company.

Defendants have denied OAG's allegations and countersued OAG for libel *per se*, tortious interference, invasion of privacy, and conspiracy. Defendants' conspiracy count is tied to a third-party action that Defendants have also brought against Home Advisor, Inc. and Angie's List, Inc., two operators of websites that post ratings of home improvement companies, and a D.C. attorney, Kenneth Vogel, for allegedly working together with OAG to use unlawful means to harm PCS. These claims were also filed in and dismissed by this Court earlier without designation of prejudice. Civ. No. 19-2748. OAG and all third-party defendants have filed motions to dismiss the Defendants' counterclaims and third-party claims, and all such motions are now still in the briefing stage or awaiting rulings.

OAG and the Defendants have exchanged discovery requests and are scheduled to discuss OAG's responses to PCS's requests in a conference call next week.

The judge originally assigned to this case, the Honorable John Campbell, was reassigned at the beginning of 2020 and was replaced by the Honorable Jason Park.

The parties are now awaiting an order from Judge Park setting a date for an Initial Conference in this matter. No scheduling order has yet been issued.

\

        Respectfully submitted,

        */s/ Timothy B. Hyland*
        Timothy B. Hyland
        D.C. Bar No. 988498
        Hyland Law PLLC
        1818 Library Street, Suite 500
        Reston, VA 20190
        (703) 956-3566 (Tel.)
        (703) 935-0349 (Fax)
        *thyland@hylandpllc.com*
        *Counsel for Michael Seibert and*
         *Counterclaim Defendant pro se*

        */s/ Michael Bramnick*
        Michael J. Bramnick
        D.C. Bar No. 500756
        Bramnick Law PLLC
        4250 East West Highway, Suite 700
        Bethesda, MD 20814
        (301) 547-3647 (Tel.)
        *mbramnick@bramnicklegal.com*
        *Counsel for Michael Seibert*

        */s/ Edward W. Lyle*
        Edward W. Lyle, D.C. Bar 25700
        1250 Connecticut Avenue N.W., Suite 700
        Washington D.C. 20036-2657
        Tel: (202) 333-4280
        Fax: (202) 333-4282
        Email: *ewlyle@west1805.com*
        *Attorney for Defendants Precision Contracting*
         *Solutions, LP and Derrick Sieber, Individually*

Dated: February 17, 2020